

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 24  PM 4: 07

LORETTA G. WHYTE
CLERK

#### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HARDWARE RESOURCES, INC.** | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 05-2616 |
| **VERSUS** | * | |
| | * | SECTION |
| **VILLAGE SQUARE CABINET SUPPLY, INC.** | * | SECT. E MAG. 3 |
| and | * | |
| **ALPHA INDUSTRIES** | * | |
| *Defendants* | * | MAG. |

*******************************************

#### COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

NOW INTO COURT, through undersigned counsel, comes HARDWARE RESOURCES, INC. (hereinafter referred to as "HARDWARE RESOURCES" or Plaintiff), who avers as the complainant that:

#### NATURE OF THE CASE

1.      This is a suit for copyright infringement, under 17 U.S.C. §101 et set., in which plaintiff seeks recovery of monetary damages and injunctive relief.

#### PARTIES

2.      Plaintiff, HARDWARE RESOURCES, is a corporation incorporated in Louisiana, having its principal place of business in Louisiana, and having offices located at 4319 Marlena, Bossier City, Louisiana 71111.

Fee $150.00
Process
X Dktd
CtRmDep
Doc. No

3. Upon information and belief, defendant, VILLAGE SQUARE CABINET SUPPLY, INC. (hereinafter referred to as "VILLAGE SQUARE"), is a corporation incorporated in Tennessee, and having offices at 3647 Murfreesboro Road, Antioch, Tennessee 37013.

4. Defendant, ALPHA INDUSTRIES is a company of unknown name and origin, and upon information and belief believed to be a manufacturer and/or supplier of VILLAGE SQUARE.

5. Defendants, VILLAGE SQUARE and ALPHA INDUSTRIES will be referred to in combination as "Defendants."

### JURISDICTION

6. This Court has jurisdiction over this matter based upon 28 U.S.C. §1338(a), as this matter involves an action arising under Acts of Congress relating to copyrights, specifically 17 U.S.C. §101 et seq.

### VENUE

7. Venue in this judicial district is proper pursuant to 28 U.S.C. §1400(a) and 28 U.S.C. §1391 (b) and (c). Upon information and belief the claims arose and Defendants do business in this judicial district and Plaintiff has a principal place of business in Louisiana.

### FACTUALBACKGROUND AND GENERAL ALLEGATIONS

8. HARDWARE RESOURCES has been and is currently in the business of manufacturing and marketing a wide variety of architectural woodcarvings.

9. In connection with its business, HARDWARE RESOURCES has created various original woodcarving designs.

10. Due to the substantial amount of resources expended in the creation, advertising, and promotion of HARDWARE RESOURCES' original woodcarvings, it has obtained various copyright registrations.

11. HARDWARE RESOURCES has obtained the following copyright registrations, which are the subject of this lawsuit.

   A. On August 9, 2003, Plaintiff obtained Copyright Registration No. VAu-598-428 for a work entitled "Grape Corbel Design: no. CORA-1 - - CORA-3"; and

   B. On August 9, 2003, Plaintiff obtained Copyright Registration No. VAu-598-429 for a work entitled "Acunthus Corbel Design: no. CORB-1 - - CORB-3."

3

Printouts from the Copyright Office confirming these registrations are attached as Exhibit A. Woodcarvings of HARDWARE RESOURCES which are the subject of the above mentioned copyright registrations will hereinafter be referred to as the "Works".

12. The above-mentioned copyright registrations were comprised of material original to the author and the Works consist of copyrightable subject matter.

13. In securing the above-mentioned copyright registrations, HARDWARE RESOURCES complied in all respects with the Copyright Act of the United States, 17 U.S.C. §101 et seq. and all other laws governing copyright registrations.

14. Upon information and belief following publication and/or registration of the Works by HARDWARE RESOURCES, the Defendants have manufactured, caused to be manufactured, prepared, caused to be prepared, reproduced, caused to be reproduced, distributed, caused to be distributed, sold and/or caused to be sold woodcarvings (hereinafter the "Infringing Items") which are identical to, substantially similar to and/or derivative works based upon the Works of HARDWARE RESOURCES. Photocopies of samples of the Infringing Works are attached hereto

as Exhibits B ("Acanthus Corbel") and C ("Grape Corbel"). Defendants have also issued or caused to be issued a catalog which includes various Infringing Works. Pertinent sections of the catalog are attached as Exhibit E.

15. The acts of the Defendants described in paragraph 14 above were not authorized by HARDWARE RESOURCES and occurred in several locations, including without limitation this judicial district. An invoice showing sale and shipment of the samples (shown in Exhibits B and C) into this judicial district is attached as Exhibit D.

16. The above-described actions of the Defendants constitute copyright infringement in violation of 17 U.S.C. § 101 et seq., for which Defendants are liable to HARDWARE RESOURCES *in solido*.

17. Upon information and belief, the acts of the Defendants described above involved deliberate, intentional, and willful copying of the Works of HARDWARE RESOURCES, with the knowledge that the copyrights in and to said Works belonged to and/or were claimed by HARDWARE RESOURCES.

5

18.  Upon information and belief, as a result of the above described acts of Defendants, HARDWARE RESOURCES has suffered monetary damages, including loss of profits, loss of business opportunities, loss of business goodwill, injury to business reputation, and costs and expenses.

19.  Upon information and belief, as a result of the above described acts of Defendants, Defendants have made profits which they are not equitably or legally entitled to.

20.  Upon information and belief, HARDWARE RESOURCES has and will continue to suffer irreparable damages unless Defendants are restrained by this Court.

21.  Upon information and belief, it will be extremely difficult to ascertain the amount of compensation which would provide HARDWARE RESOURCES with adequate relief.

22.  As a consequence of said acts of Defendants in violation of copyright law, HARDWARE RESOURCES is entitled to the following remedies:

    (a)  Injunctive relief against Defendants pursuant to 17 U.S.C. §502;

    (b)  Impoundment, surrender and/or destruction of all Infringing Works and all plates, molds, masters and other means by which such Infringing Works may

be reproduced (hereinafter referred to collectively as "Infringing Articles"), pursuant to 17 U.S.C. §503;

(c) Recovery of monetary damages against the Defendants, in solido, consisting of HARDWARE RESOURCES' actual damages and any additional profits of the Defendants, or statutory damages of $300,000, pursuant to 17 U.S.C. §504; and

(d) Recovery of costs and attorney's fees, pursuant to 17 U.S.C. §505.

## JURY DEMAND

23. HARDWARE RESOURCES requests a trial by jury of all issues so triable herein.

## PRAYER FOR RELIEF

24. WHEREFORE, plaintiff, HARDWARE RESOURCES, prays that this Court enter a judgment in its favor against Defendants as follows:

A. An award of monetary damages, with interest, against the Defendants *in solido*, consisting of Plaintiff's actual damages and additional profits of the Defendants, or statutory damages of $300,000.

B. Recovery of Plaintiff's costs and attorney's fees associated with this action, to be assessed against Defendants *in solido*.

C. Injunctive relief against Defendants, their agents, representatives, assigns, and all those acting on their behalf of or in concert with them, as follows:

(1) Ordering them to turn over to the Plaintiff all Infringing Works and Infringing Articles,

(2) Prohibiting them from any and all further manufacture, distribution, sale, offering for sale, reproduction or other use of the Works, the Infringing Works, and any and all other works which are substantially similar to, or are derivatives based upon, one or both of the Works, and

(3) Any and all further relief as may be deemed fit and proper.

        Respectfully submitted,

_____
Brett A. North, Bar Roll No. 22,503(T.A.)
Seth M. Nehrbass, Bar Roll No. 20,309
Gregory C. Smith, Bar Roll No. 12,174
    GARVEY, SMITH, NEHRBASS & DOODY, L.L.C.
    Three Lakeway Center, Suite 3290
    3838 North Causeway Boulevard
    Metairie, Louisiana 70002
    Tel: 504-835-2000
    Fax: 504-835-2070
    **Attorneys for Plaintiff**

P:\Brett\98520.8.COMPLAINT.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HARDWARE RESOURCES, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. |
| VERSUS | * | |
| | * | SECTION |
| VILLAGE SQUARE CABINET SUPPLY, INC. | * | |
| and | * | |
| ALPHA INDUSTRIES | * | |
| *Defendants* | * | MAG. |

*******************************************

## VERIFICATION

I hereby declare that all statements of fact alleged in the Complaint are true and that all statements alleged on information and belief are believed to be true; and further that these allegations were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

6/24/05
Date

M. Jeffrey Lowe

P:\Brett\98520.8.COMPLAINT.wpd